In the Matter of SAMUEL B. VAVONESE, as Administrator of the Estate of IVIT J. DANIEL, Also Known as EVETTE J. DANIEL, Deceased, Appellant, v WALID A. DANIEL et al., Respondents. JULIANA DANIEL, an Infant, by JOHN J. DEE, as Special Guardian, Respondent. [696 NYS2d 725] —Order unanimously affirmed with costs. Memorandum: Petitioner, administrator of the estate of Ivit J. Daniel, also known as Evette J. Daniel (decedent), commenced this proceeding to obtain judicial approval of a contingent fee for legal services rendered to decedent's estate. Petitioner sought to recover 40% of the funds paid to the estate following the settlement of litigation arising from disputed claims to the proceeds of a life insurance policy covering decedent. "The determination of reasonable counsel fees is a matter within the sound discretion of the trial court and, absent abuse, that court's determination should be upheld" (*Shrauger v Shrauger,* 146 AD2d 955, 956, *appeal dismissed* 74 NY2d 844, *mot to vacate denied* 74 NY2d 917). Supreme Court did not abuse its discretion in fixing the amount of petitioner's compensation based upon quantum meruit rather than a percentage of the settlement amount. (Appeal

from Order of Supreme Court, Onondaga County, Nicholson, J.—Counsel Fees.) Present—Green, J. P., Pine, Wisner, Callahan and Balio, JJ.